UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22787-SCOLA/GOODMAN

LIORA SAMANDAROVA,

    Plaintiff,

vs.

HOOKAH EXOTIX LLC, JEAN-CHRISTOPHE PITTMAN, AND ALEXANDRE ARKHIPOV,

    Defendants.
_____/

## CLERK'S DEFAULT

It appearing that Defendant herein, ALEXANDRE ARKHIPOV, is in default for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, a Default is hereby entered against Defendant, ALEXANDRE ARKHIPOV, as of course, on this date _____.

**ANGELA E. NOBLE**
CLERK OF COURT

By:_____
    Deputy Clerk

`