13:57

34  Alexandre Akhipov H...

ven. 1 juil.

Hello JC !
I didn't receive any payment so far, not my salary nor the deposit I gave Ophélie.

When I arrived, I paid her $1000 for the room. Just so you know.

We agreed on the contract on $1000 per month, which makes $2000 for Mai and June + $500 of deposit. You can keep my tips, I just want the salary both parties signed for.

And just so you know, I gave you every document you need in order to be paid.
I hope you will be smarter than Alex and Ophélie, because they don't care but your name is on the contract not theirs.

I'll send you my banking information. Thank you for the transfer of $2500 within the next week.

12:44

Apprend à calculer stp si tu est si intelligente

12:44

On ta déjà expliquer un LOYER sa se paye

13:55

< 35  **JC Hookah Exotix**

                    jeu. 23 juin

 fw9.pdf

6 pages • 144 Ko • pdf      21:45

Fill out this form and sign it so you can paid    21:46

                    ven. 24 juin

 fw9.pdf

6 pages • 260 Ko • pdf      20:55 ✓✓

Done, thank you JC !    20:55 ✓

                    ven. 1 juil.

Hello JC !
I didn't receive any payment so far,

PLAINTIFF, LIORA SAMANDAROVA
000009