UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22787-SCOLA/GOODMAN

LIORA SAMANDAROVA,

    Plaintiff,

vs.

HOOKAH EXOTIX LLC,
JEAN-CHRISTOPHE PITTMAN,
AND ALEXANDRE ARKHIPOV,

    Defendants.

_____/

## PROPOSED FINAL JUDGMENT FOR PLAINTIFF

THIS CAUSE comes before the Court on Plaintiff's Motion for Entry of Final Judgment (the "Motion"). The Court has reviewed the Motion and the record and is otherwise fully advised. Pursuant to Federal Rules of Civil Procedure 55 and 58, the Court enters this separate judgment for Plaintiff. Accordingly, for good cause shown, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Final Judgment is hereby **GRANTED**;

2. Default Judgment is hereby entered in favor of Plaintiff, Liora Samandarova, and against Defendant, Alexandre Arkhipov, in the amount of **$16,008.00**, calculated as follows:

    a. Unpaid/underpaid minimum wages in the amount of $3,944.00;

    b. Unpaid overtime wages in the amount of $3,060.00;

    c. Unpaid contractual compensation in the amount of $2,000.00; and

    d. Liquidated damages in the amount of $7,004.00.

3. Plaintiff is entitled to a judgment against Defendant, Alexandre Arkhipov.

4. Plaintiff is also entitled to recover her reasonable attorneys' fees and costs in an amount to be determined by the Court.

5. The Court retains jurisdiction over this cause to enter such further Orders as are necessary and appropriate for the conclusion of this action.

**DONE and ORDERED** in Miami-Dade, Florida, on this \_\_\_\_\_ day of February, 2023.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE