UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-22787-SCOLA/GOODMAN

LIORA SAMANDAROVA,

    Plaintiff,

vs.

HOOKAH EXOTIX LLC,
JEAN-CHRISTOPHE PITTMAN,
AND ALEXANDRE ARKHIPOV,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING EXHIBIT "A" TO PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT

Plaintiff, Liora Samandarova, notifies the Court of the filing of Exhibit "A" to her Motion for Default Final Judgment [ECF No. 34].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 23rd day of February 2023 through filing in CM/ECF, and by email on Defendant, Alexandre Arkhipov, *pro se*, by email at bonamicoalex@gmail.com, 8028 N.W. 11th Ave., A, Miami, FL 33150.

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*