United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Liora Samandarova, Plaintiff, <br><br> v. <br><br> Hookah Exotix LLC, and others, <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 22-22787-Civ-Scola <br> ) <br> ) <br> ) |

**<u>Final Default Judgment</u>**

This matter comes before the Court on Plaintiff's Motion for Entry of Final Judgment (Mot., ECF No. 34) and the Court's order granting default judgment (Order Granting Def. J., ECF No. 38). Pursuant to Federal Rule of Civil Procedure 58, the Court enters this separate final default judgment against Defendant Alexandre Arkhipov and in favor of the Plaintiff. Accordingly, for good cause shown, it is hereby **ORDERED and ADJUDGED** as follows:

1. Final Default Judgment is hereby entered in favor of the Plaintiff, Liora Samandarova, and against the Defendant, Alexandre Arkhipov, in the amount of **$16,008.00**, calculated as follows, for which let execution issue:
   a. Unpaid/underpaid minimum wages in the amount of $3,944.00;
   b. Unpaid overtime wages in the amount of $3,060.00;
   c. Unpaid contractual compensation in the amount of $2,000.00; and
   d. Liquidated damages in the amount of $7,004.00.
2. The Plaintiff has not submitted a motion for an award of attorneys' fees, and the time to do so has passed. Accordingly, the Court declines to award attorneys' fees.
3. Interest upon this judgment amount will accrue at the applicable legal rate.
4. The Clerk is directed to **close** this matter. Any pending motions are **denied as moot**.

**Done and ordered** in Miami, Florida, on March 21, 2023.

_____
Robert N. Scola, Jr.
United States District Judge